UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

CAROLYN JEANNE ROBINSON

Plaintiff,

v.  Civil No.: 05-6275-TC

DOUGLAS COUNTY COURT RECORD
DEPARTMENT, et al.

Defendants.

## FINDINGS AND RECOMMENDATION

Plaintiff was ordered on October 5, 2005, to file an amended complaint by November 7, 2005, following the court's order dismissing plaintiff's initial complaint. To date nothing has been filed.

This action should be dismissed for plaintiff's failure to prosecute and failure to comply with a court order.

Dated: November 14, 2005.

United States Magistrate Judge

FINDINGS AND RECOMMENDATION